**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIKE USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> US WORLD INC. d/b/a NY SNEAKER and JONG S. CHOI also known as JOHN JONGSOO CHOI, <br><br> Defendants. | Civ. No. |

### **RULE 7.1 DISCLOSURE STATEMENT**

Nike USA, Inc., through undersigned counsel, hereby files this disclosure statement pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and discloses that Nike, Inc. is the parent company of Nike USA, Inc.

Dated: March 22, 2023

                                                  Respectfully Submitted,

                                                  RYAN & CONLON, LLP

                                                  */s/ Elizabeth E. Malang*
                                                  Elizabeth E. Malang, Esq.
                                                  2 Wall Street, Suite 710
                                                  New York, NY 10005
                                                  Phone: (212) 509-6009
                                                  Fax: (212) 509-6119
                                                  emalang@ryanconlon.com
                                                       -and-
                                                  Anthony M. Saccullo, Esq.
                                                  Mary E. Augustine, Esq.
                                                  A.M. Saccullo Legal, LLC
                                                  27 Crimson King Drive
                                                  Bear, DE 19701
                                                  Phone: (302) 836-8877
                                                  Fax: (302) 836-8787
                                                  ams@saccullolegal.com

                                                  *Attorneys for Nike USA, Inc.*